### Roscoe CONKLIN v. STATE.
#### No. 17632.

Court of Criminal Appeals of Texas.

June 12, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for receiving and concealing stolen property; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment is affirmed.

### Grover DIXON v. STATE.
#### No. 17742.

Court of Criminal Appeals of Texas.

June 12, 1935.

See, also, 83 S.W.(2d) 838.

J. Mitch Johnson, of San Saba, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the theft of sheep; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### W. C. KNOX v. STATE.
#### No. 17689.

Court of Criminal Appeals of Texas.

June 19, 1935.

W. H. Russell, of Hereford, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for burglary; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### Joe NEAL v. STATE.
#### No. 17669.

Court of Criminal Appeals of Texas.

June 12, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for driving an automobile upon a public highway while under the influence of intoxicating liquor; punishment, a fine of $75.

The record is here without statement of facts or bills of exception. The indictment, the judgment, and sentence are regular. Appellant pleaded guilty.

No error appearing, the judgment is affirmed.